# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2009 JUL 20 P 12: 57

# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
# PURSUANT TO 28 U.S.C. § 1915

U.S. DISTRICT COURT
NEW HAVEN, CT

__William A. Parks__,
Plaintiff(s),

v.

Case No. 3:09-mc-246 (JCM)

__United States of America, et al__,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

William A. Parks
Name (print or type)

93 Maple Avenue
Street Address

Montville, CT. 06382
City       State    Zip Code

Temporary Tel. No. (860) 262-7072
Telephone Number

Regular # (860) 639-6699.

Rev. 1/11/08

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

_William A. Parks_,
Plaintiff(s),

v.

_United States of America, et al.,_
Defendant(s).

Case No. _____

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ___ Married _✓_ Separated ___ Divorced' ___
If separated or divorced, are you paying any support or any form of maintenance?
Yes _✓_ No ___
Dependents: Wife _1_ Children # _1_ Others # ___
and relationship _wife and child, Josefina V. Parks, Michelle A. Parks_
Please provide the names and ages of your children. IF A CHILD IS A MINOR (UNDER AGE 18). PLEASE IDENTIFY THE CHILD BY INITIALS ONLY.
Name _M. A. P._ Age _14_
Name _____ Age ___
Name _____ Age ___

**RESIDENCE**
Street Address: _1984 Yellow Fin Drive_
City: _Port Orange_ State: _FL_
Zip Code: _32118_ Telephone: _(386) 761-6655_

Rev. 1/11/08

2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8    High School   9 10 11 12
College   1 2 3 4    Post-Graduate   1 (2) 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _None_
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _1st_ day of _February_, _2007_
The name of my last employer: _Wal-Mart_
Address: _Norwich, CT_
Telephone #: (_) _don't know_
The last salary or wages received: _9.00/hour_

If <u>spouse</u> is employed, please complete the following:
Name of employer: _don't know_
How long employed: _"_
Income:   Monthly _"_   Weekly _"_
What is the nature of spouse's employment? _don't know - she doesn't tell me._

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: ~~scratched out~~
I am receiving $ _____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _2008_.
I am receiving $_1,600.00_ monthly _✓_ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes ____   No _✓_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.1/11/08

3

Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _1994_ Model _CHEV._ Year _1994_
Registered owner(s) name(s): _Self_
Present value of automobile: _$2,000.00_
Owed to: _Bank of Groton_
Amount owed: _$2,000.00_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _25.00_
Names and addresses of banks and associations: _Citizens Bank_

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _None_

**OBLIGATIONS:**
Monthly rental on house or apartment: $_600.00_
Monthly mortgage payment on house: $_____
Gas bill per month: $_160.00_
Electric bill per month: $_____
Phone bill per month: $_60.00_
Car payments per month: $_200.00_
Car insurance payments per month: $_100.00_
Other types of insurance payments per month: $_____
Monthly payments to retail merchants:
  Please list: _____ $_____
  Please list: _____ $_____
Monthly payments on any other outstanding loans or debts:
  Please list: _____ $_____
  Please list: _____ $_____
Any money owed to doctors, hospitals, lawyers
  Please list: _L+M Hosp. Waterford Ambul. Doctors_ $_4,800_
  Please list: _____ $_____
Monthly payment for maintenance or child support under separation or dissolution agreement: $_200.00_
Estimated monthly expenditure on food: $_300.00_

Rev.1/11/08

4

Estimated monthly expenditure on clothing: $100.00

Total amount of monthly obligations: $1,720.00

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

**PREVIOUS LITIGATION:**

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: _____

_____
**Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12 July 09

_[signature]_
Original Signature of Affiant

22 June 2009

Re: <u>Parks</u> v. <u>United States, et al.</u>,     Docket No. _____

Kevin F. Rowe, Clerk
U.S. District Court
2nd District of Connecticut
141 Church Street
New Haven, CT    06510

Dear Mr. Rowe:

Please find enclosed herewith a writ, summons, and complaint, with attached motions, exhibits, an sundries other pleadings to be initially and originally filed with the U.S. District Court, 2nd District of ~~Southern~~ Connecticut, Holden at New Haven, CT., absent any filing fees, and with leave to proceed <u>in forma pauperis</u>, as I am a pauper, indigent, in the truest sense of the words. These pleadings were originally written to be filed in the 6th District of Middle Florida, and, not having access to a true Law Library and Fed. R Civ. P., Fed. R. Crim. P., Fed. R. Evid., etc., they were incorrectly written for this initial filing. A motion for a change of venue is included in these pleadings. Please confirm receipt by calling me at (860) 262-7072. Thank you,

_William A. Parks_, propria persona
William A. Parks, plaintiff, prop

Parks V. United States, et al,    Docket No. _____

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

# FINANCIAL STATEMENT

Expenses (monthly)

Rent        $520.00
Car         $418.00
Insurance   $112.00
Child Support $400.00
Food        $200.00
Gas, etc. Car $50.00
Phone Costs $120.00
Clothes, misc, $80.00
etc, toiletries,
supplies, etc.

Monthly Expenses
TOTAL    $2,000.00/month

Income (monthly)

Soc. Sec. Dis. $1,980.00

Monthly Income
$1,980.00

I hereby attest that the foregoing is accurate to the best of my knowledge and beliefs.

ATTEST: _William A. Parks_
William A. Parks, plaintiff, pro se,