# THE UNITED STATES DISTRICT COURT

FILED 2009 JUL 23 P 12:29 U.S. DISTRICT COURT NEW HAVEN, CT

IN AND FOR THE SECOND DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION, HOLDEN AT NEW HAVEN, CONNECTICUT.

Docket No. 3:09CV1162(WWE)

William A. Parks,

    plaintiff, pro se,

vs.

The United States of America, et al.,

**COMES NOW**, William A. Parks, plaintiff, pro se,

[hereinafter referred to as the plaintiff, pro se,] and hereby deposes and sayeth in support of the herein, foregoing **MOTION FOR EMERGENCY HEARING** (ex parte if deemed necessary for exigent expediency), **ORAL ARGUMENT REQUESTED**, and,

# THE UNITED STATES DISTRICT COURT

# MOTION FOR EMERGENCY HEARING
## ORAL ARGUMENT REQUESTED

That pursuant to RULE 34, Fed. R. Civ. P. the plaintiff hereby demands to be heard orally (a speaking motion) due to the heinous, eregious conduct of the 'CT. Defendants,' more particularly, the 'CT. D.M.H.A.S. defendants, who up until recently they had maintained that the plaintiff, pro se, was mentally ill and most importantly, fulfilling an onerous, pernicious vindictive agenda and mandate from the 'CT. Superior Court, G.A.10, New London, CT, that he was "legally incompetent," which, after one (1) month they now know that this 'position,' with 'obvious error, is not "going to fly!" That on or about the week of 6 JUL 09 to 10 JUL 09 that both 'CT. defendants' Carol Knight and Fran Cabanna indicated to the plaintiff, pro se, that he "needs to move on," and "that we need to get you out of here," respectively, but now, with Fraud, malice, intent, and knowledge; willfully desiring to 'help' their fellow 'CT. Defendants,' the 'CT. G.A. 10 defendants, McManus, Segel, Kennedy, CT. Bail Commissioner, Haley (see exhibit marked as Plaintiffs "E") to cover up, powerfully, all the 'official' wrongdoing by the 'CT. Defendants, et al., See. U.S. v. Nixon, U.S.S.Ct. (1973), that the plaintiff, pro se, is not "supposedly" a "diminished mental capacity," and also, 'supposedly' can not manage his own affairs and is, purportedly, unable to take care of himself. All things that until recently, he, his

# MOTION FOR EMERGENCY HEARING

friends, family, *et al.*, were not aware of! That this is just a 'new twist' on "the best defense is a good offense" legal strategy, and, is a 'sham', a 'farce,' and simply a continuem of the 'mockery of justice,' that has been so vindictively perpetrated and promulgated on the plaintiff, *pro se*, by the 'CT. Defendants,' *et al*, esp. the CT. Superior Court, G.A. 10, New London, CT, and the 'CT. D.M.H.A.S.,' defendants, *et al*. That on or about 15 JUL 09, a 'CT. Defendant's' marshall, an 85 yr. old Ray Klick, met with the plaintiff, *pro se*, in a 'CT. D.M.H.A.S.'s defendants, and 'CT. C.V.H. defendants,' *et al*, facility, whereupon a piece of paper was placed on a table by the 'CT. Defendant's' marshall and a 24 JUL 09 'Kangaroo Court' hearing was orally told to the plaintiff, *pro se*, whereby the 'CT. Defendants are going to pretend to provide the plaintiff, *pro se*, with 'due process of law,' all the while having already made up their malicious, agenda filled minds that they are going to take total control of his life "packing him away indefinately," he's certain, further "punishing him" for something 1) that he DID NOT DO (*Emphasis Added*) 2) nor has he been convicted of doing any such falsely alleged 'criminal' act,... VIOLATIVE of the plaintiff, *pro se's* U.S. Constitutional rights, freedoms and protections pursuant to the 1st, 4th, 5th, 6th, 8th, 9th and 14th amendments, and his U.S. Federal

2.

Parles v. United States, et al., Docket No. _____

## MOTION FOR EMERGENCY HEARING.

Civil Rights pursuant to TITLE 42 U.S.C. § section 1983, et seq. and his rights under A.D.A (as he is physically handicapped and disabled, NOT mentally) pursuant to TITLE 42 U.S.C. §§ sections 12101-12213, and inclusive; that the errant, fraudulent, malicious 'CT. Defendants,' et al., esp. 'CT. D.M.H.A.S. Defendants,' Kirk, Vartedas, McKinley, Buenaponte, Galen, Knight, Cabanna, et al. by Fraud, Mistake (intentional) and Condition of the Mind, shall, without the "voice of reason" of this honorable U.S. District Court, appoint a "Conservator" that they will control, dictate to, etc. forcing to invade the plaintiff, pro se's, body, involuntarily with medications that HE HAS NOT HAD, NOR, THAT HE DOES NOT NEED (Emphasis Added) so that they can unlawfully and indefinately imprison the plaintiff, pro se, "protecting" themselves and their fellow 'CT. Defendants,' et al., from this quite necessary and quite righteous cause of action in their feeble, small, myopic, dillusional minds. That such unlawful, defective service of process by the 'CT. Defendants' marshall on or about 15 July 09, was such by virtue of the fact that he was not given proper legal 'NOTICE' of such 'mockery of justice' by the 'CT. Defendants, et al,' as he was not served 'with and in the hand' with such process, making supposed 'NOTICE' of their anticipated 'railroading' of

3.

Parks v. United States, et al., Docket No. _____

## MOTION FOR EMERGENCY HEARING

the plaintiff, <u>pro se</u>, rendering such process. That accordingly that 'CT Defendant' probate court has no legal competent jurisdiction. That the above captioned <u>MOTION FOR EMERGENCY HEARING, ex parte,</u> was deemed appropriate and necessary by this honorable U.S. District Court, as these circumstances are, **IN** fact, extreme, bizarre, and extraordinary in nature, <u>see UNITED STATES v. WALSH,</u> 700 F2d. 846 (2nd Cir. 1983), is respectfully rendered to this district court by **RULE 9**, Fed. Rules Civ. P., "Special Pleading Matters," RULE 9(a) (b)(c) & (g) "Special Damage" as has been specifically was stated herein, above, and (is) imminent from being invoked by the herein, above named 'CT. Defendant, et al', esp. the 'CT. D.M.H.A.S. Defendants, et al,' therein named above, maliciously, vexatiously, unlawfully, with 'obvious error.'

<u>Pursuant to TITLE 28 U.S.C. sections 2283 and 2284:</u> That in "aid of its' jurisdiction," and "to protect or effectuate this district courts' judgements" **re:** heinous, egregious, violations of the most fundamental of the plaintiff, <u>pro se</u>'s U.S. Constitutional, Civil, and A.D.A. rights, this court has a right and is duty bound to enjoin and stay the 'CT. Defendants,' et al, esp. 'The CT. D.M.H.A.S. Defendants, et al., particularly and specifically the 'CT. Defendants', et al., Probate Court and any such representative, supposed 'conservator' from said 'CT. Defendant's, CT. D.M.H.A.S.'s court

4.

## MOTION FOR EMERGENCY HEARING

who, *sua sponte*, *sub judice*, very biasedly, prejudicially towards the plaintiff, *pro se*, shall, absent the lawful, reasonable, objective intervention of this honorable U.S. District Court, *capitis diminuto*, *ex maleficio*, unlawfully take away the plaintiff's natural, God given, and U.S. Constitutionally bestowed, preserved, protected, and guaranteed rights accorded to a U.S. Citizen, with, additionally the plaintiff, *pro se* being a military veteran of the Vietnam War era, serving his country honorably, and, otherwise, the 'CT. Defendants,' *et al.*, esp. the 'CT. Judicial Dept. Defendants,' 'CT. D.O.C. Defendants,' *et al.*, and the 'CT. D.M.H.A.S. Defendants,' *et al.*, wish to unfairly deny to the plaintiff, *pro se*, obtusely *sua potestas*. (Latin. "the natural power that one has over oneself"). That based on the matters of facts and matters of law cited in the plaintiff, *pro se*'s original writ, summons, & complaint, and soon to follow amendment: first, **ALL** of the above, herein named defendants, *et al.*, *ex officio*, *respondeat superior*, individually and collectively have acted in bad faith, vexatiously, wantonly, and for oppressive reasons toward the plaintiff, *pro se*. That most recently 'CT. D.M.H.A.S.' defendant, *et al.*, Carol Knight turned off the telephone during a legal call with the plaintiff, *pro se's*, former power-of-attorney and otherwise the errant 'CT. Defendants,' *et al.*, have made it

5.

## MOTION FOR EMERGENCY HEARING

very difficult for the plaintiff, pro se, to have access to his power-of-attorney counsel, and vice versa, as well as interferring with his access to this court, constantly 'moving' him and his legal things and materials around the unit, with disparagement and gross indifference towards the plaintiff, pro se's constitutional sixth (6th) amendment right to 'access-to-the-court' (e.g. barring him and his legal materials from being "spread out" supposedly "all over the place," which they weren't, having to yield to 'CT. D.M.H.A.S. Defendants C.V.H.' staff so they could sit at such table to "read"), not providing him with adequate supplies, e.g. pens that actually write, unlike the one that the plaintiff, pro se, is currently attempting to use, which, given the plaintiff, pro se's background, including L.E. background IS NOT a legitimate security issue as is being portrayed, errantly, by the above, herein named 'defendants,' et al., and, as trivial, as it may seem, the plaintiff, pro se, moves that this district court ORDER that he be, minimumly, provided with both black and blue, regular ballpoint pens to write to this court with, so as to effectuate to a speedier, more efficient, better communication for both the plaintiff, pro se, and this honorable court.

6.

## MOTION FOR EMERGENCY HEARING

That the plaintiff, pro se, fully expects this U.S. Federal District Court to discharge its' duty to protect the constitutional rights that all of the 'CT. Defendants,' et al, have been quite violative of over the past sixty (60) days, to present, and imminently, highly likely in the immediate future will be, See, PROCUNIER v. MARTINEZ, 416 U.S. 396, 40 LED 2d. 224, 94 S.Ct. 1800 (1974), and, the government, (e.g. the errant 'CT. Defendants,' et al.) must comply with the requirements of the U.S. Federal Constitution, See, BELL v. WOLFISH, 441 U.S. 520, 60 LEd 2d 447, 99 S.Ct. 1861 (1979), and that even the plaintiff, pro se's enumeration of other rights, other than those enumerated in the U.S. Constitution shall not be denied or disparaged, see, GRISWOLD v. CONNECTICUT, 371 U.S. 479, 14 LEd 2d 510, 85 S.Ct. 1678 (1965). That ALL PRISONER ALLEGATIONS MUST BE TAKEN AS TRUE, see COOPER v. PATE, 478 U.S. 546, 12 LEd 2d 1030, 74 S.Ct. (1974)

**WHEREFORE**, the plaintiff, pro se, hereby prays that this honorable U.S. District Court grant to him the following relief:

7.

Parks v. United States, et al.,    Docket No. _____

## MOTION FOR EMERGENCY HEARING

A. **GRANT** and **ORDER** Injunctive Relief (Enjoin) all of the herein, above named 'CT. Defendants,' et al., CT. D.M.H.A.S. Defendants, et al. from taking, and their CT. probate court, and any 'supposed conservator' from taking **any and all** actions, adverse and otherwise against the plaintiff, *pro se*, until all the matters of facts and matters of law (read: **the real truth**) before this court upon a Motion for a Preliminary/Permanent Injunction pursuant to TITLE 28 U.S.C. § section 2284 (a)(b)(1)(2)(3); but it initially **ORDER** a Temporary Restraining Order (T.R.O.) barring **ALL** of the herein, above named defendants, et al., *ex officio*, *respondeat superior*, *individually*, and *collectively* from taking any and all actions, adverse, or otherwise against the plaintiff, without the express permission of this U.S. District Court, and,

B. **GRANT** the plaintiff, *pro se*, time and considerations to ORALLY HEAR (read: speaking motions) OMNI-BUS MOTIONS, *ex parte*, if necessary for expedience and the proper, fair, administration of justice re: the above captioned matter at bar, and

C. **GRANT** the plaintiff, *pro se*, any further such relief as this honorable court may deem fit and appropriate.

8.

Parks v. United States, et al.,     Docket No. _____

## MOTION FOR EMERGENCY HEARING

Very Respectfully Submitted by: William A. Parks

William A. Parks, plaintiff, *pro se*
1984 YELLOW FIN DRIVE
Port Orange, FL. 32128
(386) 334-9493

93 Maple Avenue
Uncasville, CT. 06382
(860) 639-6699

bparks1578@aol.com
usc42sec1983@aol.com

9.

# Affidavit

I, William Alexander Parks, being of sound mind, do hereby make the statements appended hereto, and elsewhere, freely, without fear, threats or coercion and under the pains and penalties of perjury. I solemnly swear, aver, affirm, certify and attest to the fact that all of the statements of fact, law, and representations made by me in this pleading and all of the original complaints, amendments, pleadings, motions, memorandums, exhibits and exemplars to the instant matter before this Honorable Court are the truth, the whole truth, and nothing but the truth, to the best of my knowledge, so help me God.

✶ VERIFIED/AVER: _____William A. Parks_____ plaintiff, pro se,
William Alexander Parks, ~~defendant~~ pro se (WAP)

DATED: 17 JULY 2009

State of Connecticut )
Middlesex            ) ss: Middletown (WAP)
~~_____~~ County )

That the above named William Alexander Parks came before me this __Eighteenth__ day of __July__, 2007, affirmed by oath to the foregoing and proved himself to me and to my satisfaction:

_____Patricia Guevard_____
(Notary Public, Justice of the Peace, Commissioner of the Superior Court)

If Notary Public, my commission expires on: 02/28/2012

**[SEAL]**

10.

✶ Signed and "Verified" per RULE 11, Fed. R. Civ. P.