UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM A. PARKS, | : | No. 3-09cv1162 (WWE) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| USA, ET AL., | : | |
| Defendants. | : | |

## ORDER

Plaintiff is instructed to amend his complaint to allege his remaining claims consistent with Federal Rule of Civil Procedure 8(a)(2).  His amended complaint should contain a "short and plain" statement that contains sufficient factual content to state a claim for relief; it need not include "detailed factual allegations" but it must allege conduct that allows the court to draw a reasonable inference that a certain defendant is liable for the misconduct alleged.  <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937, 1949-1950 (2009). Plaintiff's complaint should set forth the personal involvement of each asserted defendant in the alleged misconduct and the relief sought against each defendant. Plaintiff must file his amended complaint within 21 days of this order's filing date.



_____/s/_____
WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

Dated this \_2d\_\_\_ day of September, 2009 at Bridgeport, Connecticut.