UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM A. PARKS                                  :
                                                  :
VS.                                               :          NO. 3:09cv1162(WWE)
                                                  :
MARSHALL SEGAR,                                   :
OFFICER T. LYNCH and                              :
GREGORY JACOBSON                                  :          DECEMBER 3, 2009

## A M E N D E D   C O M P L A I N T

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States who resides at 93 Maple Avenue in Montville, Connecticut.

4.  The defendants Segar and Lynch are officers in the Police Department of New London, Connecticut, and the defendant Jacobson is an officer in the Police Department of Montville, Connecticut.  All defendants are sued only in

1

their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  The defendants acted jointly and in concert with each other and with other police officers not named as defendants herein.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants and/or police officers but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7.  On the afternoon of May 15, 2009, the defendants and other officers forcibly entered and searched the plaintiff's aforesaid residence.

8.  The defendants and the other officers acted without a search warrant and without an arrest warrant.

9.  In the course of the said search, the defendants and other officers inflicted unreasonable and unnecessary damage and destruction upon the plaintiff's property.

10.  Thereafter, the defendants and other officers arrested the plaintiff and subjected him to brutal and unreasonable physical force which caused him to suffer physical injuries and pain.

11.  The plaintiff was thereafter transported to the headquarters of the New London Police Department.

12.  At the headquarters of the New London Police Department, the defendants Lynch and Segar, along with other police officers not named as defendants herein, participated in a second unnecessary and unreasonable physical assault upon the person of the plaintiff, causing the plaintiff to suffer additional physical injuries and pain.

13.  In the manner herein described, the defendants subjected the plaintiff to an unreasonable search and seizure and to the use of unreasonable force in connection with an arrest, all in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF


BY:_____/s/_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203.562.9931
          Fax:  203.776.9494
          jrw@johnrwilliams.com
          His Attorney



<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and
served by mail on anyone unable to accept electronic filing.  Notice of this filing
will be sent by e-mail to all parties by operation of the Court's electronic filing
system or by mail to anyone unable to accept electronic filing as indicated on the
Notice of Electronic Filing.  Parties may access this filing through the Court's
CM/ECF System.



_____/s/_____
JOHN R. WILLIAMS


4