UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| William A. Parks | : | NO. 3:09-cv-01162(WWE) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| USA, et. al | : | |
| Defendants | : | July 13, 2012 |

**<u>Defendants Rule 56a Statement in support of Motion for Summary Judgment</u>**

1. The plaintiff alleges five instances of excessive physical force. (Exhibit A, Plaintiff's deposition)

2. The first allegation is that he was bit by a police dog. (Exhibit A, Plaintiff's deposition, p.56)

3. The police dog was under the control of an officer other that Jacobson. (Exhibit A, Plaintiff's deposition, p.56)

4. The bite occurred after the dog was given a command. (Exhibit A, Plaintiff's deposition, p.56)

5. Jacobson was three to four feet away. (Exhibit A, Plaintiff's deposition, p.119-20)

6.  The second allegation is that the plaintiff was pushed to the ground and hit with a baton while being walked from his house to a police cruiser. (Exhibit A, Plaintiff's deposition, p.109)

7.  The plaintiff does not know where Jacobson was when he was pushed. (Exhibit A, Plaintiff's deposition, p.109, 139-41)

8.  The third instance was while the plaintiff was sitting in the rear seat of Jacobson's police cruiser. (Exhibit A, Plaintiff's deposition, p.141)

9.  The plaintiff does not know where Jacobson was when he alleges he was struck at Jacobson's Police Cruiser. (Exhibit A, Plaintiff's deposition, p.141)

10. The fourth alleged instance was at the New London Police Department in the sally port area.  (Exhibit A, Plaintiff's deposition, p.135-6)

11. The plaintiff does not know where Jacobson was when he alleges he was struck in the sally port area of the New London Police Department.  (Exhibit A, Plaintiff's deposition, p.112-3).

12. The fifth alleged instance was in the booking area of the New London Police Department and Jacobson was not present. (Exhibit A, Plaintiff's deposition, p.140-1).

13. Jacobson was reasonably under the impression that the plaintiff was wanted for the commission of a felony.  (Exhibit B, Jacobson affidavit ¶ 5)

14. Jacobson was told that the plaintiff threatened to blow up the New London social security office.  (Exhibit B Jacobson Affidavit ¶ 5).

15. Jacobson did not witness and of the alleged assaults upon the plaintiff. (Exhibit B Jacobson affidavit ¶¶ 17-19).

DEFENDANT
Gregg Jacobson

BY____/s/ _____
        David C, Yale
        Federal Bar ct#26912
        Noble, Spector, & O'Connor, PC
        One Congress Street
        Hartford, CT  06114
        860-525-9975  Fax: 860-727-9915
        yale@nsyolaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| William A. Parks | : | NO. 3:09-cv-01162(WWE) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| USA, et. al | : | |
| Defendants | : | July 13, 2012 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing **Defendants Rule 56a Statement in support of Motion for Summary Judgment** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By:_____/S/_____
David C. Yale
Federal Bar # ct26912
Noble, Spector & O'Connor
One Congress Street
Hartford, CT  06114
Phone: 860-525-9975
Fax: 860-727-9915

yale@nsyolaw.com