```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/18/2012
Roberta D. Tabora, Clerk
By [signature] Deputy Clerk

WILLIAM PARKS                  :
                               :
V.                             :     CIV. NO. 3:09CV1162 (HBF)
                               :
MARSHALL SEGAR,                :
TODD LYNCH,                    :
GREGORY JACOBSON               :
                               :

## VERDICT FORM

We, the jury, unanimously find:

### Part I.

### Color of State Law

1. Was defendant **GREGORY JACOBSON** acting under color of state law on May 15, 2009?

    YES __X__          NO ____

2. Was defendant **TODD LYNCH** acting under color of state law on May 15, 2009?

    YES __X__          NO ____

3. Was defendant **MARSHALL SEGAR** acting under color of state law on May 15, 2009?

    YES __X__          NO ____

**Fourth Amendment: Warrantless Entry**

    4. Do you find that exigent circumstances justified **Officer Todd Lynch** in entering **William Parks'** residence without a warrant on May 15, 2009?

        YES __X__               NO _____

    5. Do you find that exigent circumstances justified **Officer Gregory Jacobson** in entering **William Parks'** residence without a warrant on May 15, 2009?

        YES __X__               NO _____

If "yes" to Question 4 & 5 proceed to Question 10.

If "no" to Question 4 or 5, proceed to Question 6, and then 7.

    6. Did the plaintiff prove that defendant **Marshall Segar** had knowledge of the unconstitutional entry into **William Parks'** home and failed to intervene to prevent it, having a realistic opportunity to do so?

        YES _____               NO _____

    7. Did **William Parks** suffer actual damages as the result of the warrantless entry into **Mr. Parks'** home?

        YES _____               NO _____

If "no," proceed to Question 8.

If "yes," state the amount of money that will fairly and justly compensate **William Parks** for the injuries resulting from the warrantless entry.

$ _____

Proceed to Question 9.

8. You have found that **William Parks** has proven that one or more of the defendants, **Segar, Lynch or Jacobson**, violated his constitutional rights, but that he failed to prove actual damages. You must, therefore, award nominal damages in an amount not to exceed $1.00. Enter that amount below.

   $ _____

   Proceed to the Question 9.

9. Keeping in mind my charge on punitive damages, do you find that any of the defendants you found liable should be punished or deterred from future misconduct by an award of punitive damages?

   Yes _____                No _____

   If yes, against which defendant(s) and in what amounts?

   _____          $ _____
        Defendant
   _____          $ _____
        Defendant
   _____          $ _____
        Defendant

**FOURTH AMENDMENT: Excessive Force**

    10. Did plaintiff prove by a preponderance of evidence that defendant **Todd Lynch** subjected **William Parks** to excessive force on May 15, 2009, thereby violating his constitutional rights?

    Yes _____  No __X__

If "yes" to Questions 10, proceed to Question 11.

If "no" to Question 10, sign on page 6 and report your verdict.

    11. Did **William Parks** suffer actual damages as the result of the excessive force which you found that **TODD LYNCH** used against him on May 15, 2009?

    Yes _____  No _____

If "no," proceed to Question 12.

If "yes," state the amount of money that will fairly and justly compensate **William Parks** for the injuries resulting from the excessive force.

    $_____

Proceed to Question 13.

12. You have found that **William Parks** has proven that **Todd Lynch** subjected him to excessive force in violation of his Constitutional rights but that he failed to prove actual damages. You must, therefore, award nominal damages in an amount not to exceed $1.00. Enter that amount below.

    $ _____

    Proceed to the Question 13.

13. Keeping in mind my charge on punitive damages, do you find that defendant **Todd Lynch** should be punished or deterred from future misconduct by an award of punitive damages?

    Yes _____          No _____

    If yes, in what amount?

    $ _____

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_Juror # 7_
_____          ___10-18-12___
Foreperson                            Date