AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/18/2012
Roberta D. Tabora, Clerk
By _____ Deputy Clerk
Plaintiff

William A. Parks

V.

Segor

~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:09-cv-01162-HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| H. B. Fitzsimmons | John Williams | David C. Yale, Michael C. Deakin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/16, 17, 18, 2012 | Susan Catucci | Jaiman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/16/12 | | | P.O. Todd Lynch, ~~Montville~~ N. London, CT (police off.) |
| ✓ | | 10/16/12 | | | William A. Parks, New London, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages