AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/18/2012
Roberta D. Tabora, Clerk
By: _____ Deputy Clerk

*plaintiff*

William A. Parks

V.

Segor

EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:09-cv-01162-HBF

| PRESIDING JUDGE<br>H. B. Fitzsimmons | PLAINTIFF'S ATTORNEY<br>John Williams | DEFENDANT'S ATTORNEY<br>David C. Yale, Michael C. Deakin |
|---|---|---|
| TRIAL DATE (S)<br>10/16, 17, 18, 2012 | COURT REPORTER<br>Susan Catucci | COURTROOM DEPUTY<br>Jaiman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/16/12 | | Full | Photo of Mr. Parks injuries |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages