AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/18/2012
Roberta D. Tabora, Clerk
By Connecticut
Deputy Clerk

William A. Parks

V.

Segor

EXHIBIT ~~AND WITNESS~~ LIST  *defendant*

Case Number: 3:09-cv-01162-HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| H. B. Fitzsimmons | John Williams | David C. Yale, Michael C. Deakin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/16, 17, 18, 2012 | Susan Catucci | Jaiman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 10/17/12 | Full | ✓ | Officer Lynch Police Baton #5 |
| | ✓ | 10/17/12 | Full | | Cd of Phone Call #6 |
| | ✓ | 10/17/12 | Full | | Full Statement of Mr. Busbey #7 |
| | ✓ | 10/17/12 | Full | | Letter from S.S. date 5/7/2009 #4 |
| | ✓ | 10/17/12 | Full | | Portion of Transcripts 1/23/12 #8 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages