UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM A. PARKS

   -vs-                                                                        3:09-cv-01162-HBF

MARSHALL SEGAR
TODD LYNCH
GREGORY JACOBSON

## J U D G M E N T

This cause came on for a trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge. On October 18, 2012, and after deliberation, the jury returned a verdict in favor of the defendants.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for Marshall Segar, Todd Lynch and Gregory Jacobson and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of October, 2012.

                                               ROBIN D. TABORA, Clerk

                                               By:_____/s/_____
                                                  Rochelle Jaiman
                                                  Deputy Clerk